## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 16-cv-00103-CMA-NYW

MERWYN MATSON, and
AUDREY MATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., a Kansas corporation doing business as King Soopers,

    Defendant.

---

### ORDER ADOPTING AND AFFIRMING MARCH 8, 2016
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the Recommendation by United States Magistrate Judge Nina Y. Wang that Plaintiffs' Motion for Leave to Amend Complaint (Doc. # 18) be granted.  (Doc. # 20.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation.  (Doc. # 20 at 4.)  No objections to Magistrate Judge Wang's Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing Magistrate Judge Wang's Recommendation, this Court is satisfied that it is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a).

Accordingly, it is ORDERED that the Recommendation of United States Magistrate Judge Nina Y. Wang (Doc. # 20), filed on March 8, 2016, is AFFIRMED and ADOPTED.

In accordance therewith, it is FURTHER ORDERED that:

(1) Plaintiffs' Motion to Amend Complaint (Doc. # 18) is GRANTED;

(2) Plaintiff Audrey Matson's claims are DISMISSED WITHOUT PREJUDICE from this case; and

(3) The Clerk of Court is directed to docket the First Amended Complaint (Doc. # 18-1).

DATED:  April 6, 2016

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge